IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GUIDEONE TAYLOR BALL CONSTRUCTION SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.: 05-1021-T-An |
| FIRST BAPTIST CHURCH OF SELMER, TENNESSEE, | ) ) ) | |
| Defendant. | ) | |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**        July 22, 2005

**JOINING PARTIES:**

    for Plaintiff:        **October 7, 2005**
    For Defendant:        **November 7, 2005**

**AMENDING PLEADINGS:**

    for Plaintiff:        **October 7, 2005**
    for Defendant:        **November 7, 2005**

**COMPLETING ALL DISCOVERY:**

    (a)    **REQUESTS FOR PRODUCTION and INTERROGATORIES:**
             **March 7, 2006**

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  6/23/05

    (b)    **REQUESTS FOR ADMISSIONS**:    **April 7, 2006**

    (c)    **EXPERT DISCLOSURE (Rule 26(a)(2))**:
        (i) Plaintiff's Experts:    **April 14, 2006**
        (ii) Defendant's Experts:    **May 15, 2006**
        (iii) Supplementation under Rule 26(e):    **May 26, 2006**

    (d)    **DEPOSITIONS**:    **July 7, 2006**

**FILING DISPOSITIVE MOTIONS**:    **August 11, 2006**

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3))**:

    (a)    for Plaintiff:    **October 5, 2006**
    (b)    for Defendant:    **October 20, 2006**

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __2 weeks__ and is **SET for JURY TRIAL** on **MONDAY, NOVEMBER 20, 2006 at 9:30 A.M.**. A joint pretrial order is due on **FRIDAY, NOVEMBER 10, 2006**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

### OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FED. R. CIV. P. allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FED. R. CIV. P. 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party

may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

/s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 22, 2005

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01021 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT