07445/59316(RER)



# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

GUIDEONE TAYLOR BALL
CONSTRUCTION SERVICES, INC.,

     Plaintiff,

vs.

FIRST BAPTIST CHURCH OF
SELMER, TENNESSEE,

     Defendant, Counter-Plaintiff,
     and Third-Party Plaintiff,

vs.

ASKEW HARGRAVES HARCOURT
& ASSOCIATES, INC; CURTISS H. DOSS;
and McGEHEE, NICHOLSON, & BURKE,
P.C.,

     Third-Party Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**No. 1-05-1021-T1An**
**JURY DEMANDED**

---

## ORDER OF DISMISSAL

---

IT APPEARS TO THE COURT that the Defendant/Counter-Plaintiff/Third-Party Plaintiff First Baptist Church of Selmer, Tennessee ("First Baptist Church") voluntarily dismisses its cause of action against Curtiss H. Doss individually. Therefore, First Baptist Church's Third-Party Complaint against Curtiss H. Doss individually may be dismissed without prejudice.

IT IS, THEREFORE, CONSIDERED, AND ORDERED that First Baptist Church's

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___7/26/05___

13

07445/59316(RER)

Third-Party Complaint against Curtiss H. Doss individually be and the same is hereby dismissed without prejudice at costs of the Defendant/Counter-Plaintiff/Third-Party Plaintiff, First Baptist Church of Selmer, Tennessee.

ENTERED This the 21st day of July, 2005.

HONORABLE JAMES TODD
UNITED STATES DISTRICT COURT

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CV-01021 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

Jefferson C. Orr
SMITH & CASHION
424 Church St.
Ste. 1200
Nashville, TN 37219--230

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT