UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GUIDEONE TAYLOR BALL
CONSTRUCTION SERVICES, INC.,

vs.

FIRST BAPTIST CHURCH OF
SELMER, TENNESSEE,

    Defendant, Counter-Plaintiff,              No. 1-05-1021-T1An
    and Third-Party Plaintiff,

vs.

ASKEW, HARGRAVES HARCOURT
& ASSOCIATES, INC; CURTISS H. DOSS;
and McGEHEE, NICHOLSON, & BURKE,
P.C.,

    Third-Party Defendants.

## ORDER OF DISMISSAL

It appears to the court that the defendant/third-party plaintiff Askew, Hargraves, Harcourt & Associates, Inc., voluntarily dismisses its cause of action against Curtiss H. Doss, individually. Therefore, Askew, Hargraves, Harcourt & Associates, Inc.'s Third-Party Complaint against Curtiss H. Doss individually may be dismissed without prejudice.

It is, therefore, considered and ordered that Askew, Hargraves, Harcourt & Associates, Inc.'s Third-Party Complaint against Curtiss H. Doss individually be and the same is hereby dismissed without prejudice at costs of the defendant/third-party plaintiff Askew, Hargraves, Harcourt and Associates, Inc.

                                                      _James D. Todd_
                                                      JUDGE
                                                      DATE: 5 August 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/5/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CV-01021 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Jefferson C. Orr
SMITH & CASHION
424 Church St.
Ste. 1200
Nashville, TN 37219--230

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Jefferson C. Orr
SMITH & CASHION
424 Church St.
Ste. 1200
Nashville, TN 37219--230

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT