# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION



FILED BY ____ D.C.
05 OCT 14 AM 7:58
ROBERT M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| GUIDEONE TAYLOR BALL CONSTRUCTION SERVICES, INC., ) ) ) Plaintiff, ) ) VS. ) ) FIRST BAPTIST CHURCH OF ) SELMER, TENNESSEE, ) ) Defendant ) ) VS. ) ) ASKEW HARGRAVES HARCOURT & ) ASSOCIATES, INC., ET AL., ) ) Third-Party Defendants. ) | No. 05-1021-T/An |

## ORDER GRANTING MOTION TO CONSOLIDATE

Plaintiff Guideone Taylor Ball Construction Services, Inc., has filed a motion to consolidate this case with two other cases currently pending in this Court, docket numbers #02-1299-T/An and #03-1034-T/An,[1] for the purpose of discovery only. The actions arise out of the same circumstances and the same building project, and involve some of the same parties. No other party to these actions has objected to the motion to consolidate.

---

[1] #02-1299, Guideone Taylor Ball Constr. Servs., Inc. v. Ricky Hurt d/b/a Hurt Ornamental Iron Works and d/b/a Ricky Hurt Construction, et al., and #03-1034, Shelter Ins. Company v. Billy Joe Griswell d/b/a Griswell Bldg. and Sale, et al.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  10/17/05

The motion to consolidate these actions for the purpose of discovery only is GRANTED. All discovery taken in these actions shall be available for use in any of the three actions. However, all other issues will remain separate, and the cases will be tried separately.

The parties are reminded that, for all documents filed with the Court during this period of consolidation, an original plus two copies must be submitted for each of the three cases.

IT IS SO ORDERED.

*[signature]*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

13 October 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CV-01021 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Jefferson C. Orr
SMITH & CASHION
424 Church St.
Ste. 1200
Nashville, TN 37219--230

Jefferson C. Orr
SMITH & CASHION
424 Church St.
Ste. 1200
Nashville, TN 37219--230

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT